# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 29, 2012**

| | | |
|---|---|---|
| 30161 | State v. Taylor | Vacated and Remanded |

**March 6, 2012**

| | | |
|---|---|---|
| 30310 | Thomas v. Ayabe Chong Nishimoto Sia & Nakamura | Affirmed |

**March 23, 2012**

| | | |
|---|---|---|
| 29859 | Imamoto v. Hawaii State Hosp. | Affirmed |

**April 5, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00402 | State v. Omara | Affirmed |

**April 26, 2012**

| | | |
|---|---|---|
| 29637 | Ibera v. Mishima | Vacated, Affirmed and Dismissed |
| CAAP–10–00 00093 | State v. Cham | Affirmed |

**April 30, 2012**

| | | |
|---|---|---|
| 30591 | AS v. WS | Affirmed |
| CAAP–11–00 00034 | Marks v. State | Affirmed |
| 30324 | State v. Diaz | Affirmed |

**May 3, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00098 | Bovee, In re Estate of | Affirmed |
| CAAP–10–00 00033 | Burgo v. State | Affirmed |